UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SULZER MIXPAC USA, INC., et al.,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-22-13
```

        Plaintiff(s).

**ORDER OF REFERENCE**

**TO A MAGISTRATE JUDGE**

13-CV-5464 (ALC) (HBP)

-against-

INTERNATIONAL DENTAL SUPPLY CO.,
d/b/a CENTRAL DENTAL SUPPLY,

        Defendant(s).
----------------------------------------------------------X

This above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions and settlement)

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

____ Consent under 28 U.S.C. § 636 (c) for limited purpose (e.g. dispositive motion preliminary injunction)
Purpose: _____

____ Habeas Corpus

____ Social Security

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

____ Settlement

____ Inquest After Default/Damages Hearing

All such motions: _____

SO ORDERED.

*[signature]*

DATED: August 22, 2013    New York, New York

Andrew L. Carter, Jr.
United States District Judge