# AFFIDAVIT OF SERVICE

**State of Florida**  **County of**  **District Court**

Case Number: 13-CV-5464

Plaintiff:
SULZER MIXPAC USA, INC. AND SULZER MIXPAC AG

vs.

Defendant:
INTERNATIONAL DENTAL SUPPLY CO., DBA CENTRAL DENTAL SUPPLY

For:
Charles D. Cole
Newman Myers Kreines Gross Harris, P.C.
40 Wall Street
26 Street
New York, NY 10005-1335

Received by CAPLAN, CAPLAN AND CAPLAN on the 6th day of September, 2013 at 1:36 pm to be served on **INTERNATIONAL DENTAL SUPPLY CO. DBA CENTRAL DENTAL SUPPLY, 8205 W. 20 AVENUE, HIALEAH, FL 33014**.

I, Reinaldo Pascual, being duly sworn, depose and say that on the **9th day of September, 2013 at 10:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint Trial by Jury, Rule 7.1 Disclosure Statement and Exhbiits.** with the date and hour of service endorsed thereon by me, to: **ANN GLANADOS** as **Registered Agent** at the address of: **8205 W. 20 AVENUE, HIALEAH, FL 33014** on behalf of **INTERNATIONAL DENTAL SUPPLY CO. DBA CENTRAL DENTAL SUPPLY**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Description** of Person Served: Age: 30S, Sex: F, Race/Skin Color: HISPANIC, Height: 5'3, Weight: 160, Hair: N/A, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE / BROWARD / PALM BEACH
Subscribed and Sworn to before me on the 17th day of September, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

DOROTHY SMITH CAPLAN
MY COMMISSION # EE061667
EXPIRES March 04, 2015
(407) 398-0153    FloridaNotaryService.com

Reinaldo Pascual
1312

CAPLAN, CAPLAN AND CAPLAN
12555 ORANGE DRIVE
SUITE 106
DAVIE, FL 33330
(954) 462-1800
Our Job Serial Number: CPN-2013032478

Service Fee: _____